UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTHER ONUOHA,<br><br>                            Plaintiff,<br><br>-against-<br><br>SHELTERING ARMS CHILDREN AND FAMILY SERVICES INC., and KAREN BROWN,<br><br>                            Defendants. | 21-cv-03269-LDH-JRC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Esther Onuoha ("Plaintiff") and the undersigned counsel for Defendants Sheltering Arms Children and Family Services Inc. and Karen Brown (collectively, "Defendants"), that the above-captioned action be and is hereby dismissed and discontinued in its entirety as against each party with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and by electronic signatures, which shall bear the same force and effect as original signatures.

| | |
|---|---|
| PHILLIPS & ASSOCIATES, PLLC<br>585 Stewart Avenue, Suite 410<br>Garden City, New York 11530<br><br>By: _____<br>      Joshua M Friedman<br><br>*Attorney for Plaintiff*<br><br>Dated: 12/15/21 | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, New York 10017<br><br>By:  s/Richard I. Greenberg<br>      Richard I. Greenberg<br><br>*Attorney for Defendants*<br><br>Dated: 12/27/2021 |

7